AO 91 (Rev. 11/11)   Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT

10/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CDO _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

10/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY Valencia Russe DEPUTY

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.     2:24-mj-05992-DUTY |
| HUAFENG ZHANG, | ) | |
| aka "Elena" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 22, 2020 to July 5, 2022   in the county of   Los Angeles   in the
Central   District of   California   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 371 | Conspiracy |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Montuori, USFWS Special Agent
*Printed name and title*

me by phone

Sworn to ~~before me and signed in my presence.~~

Date:   10/1/24

_____
*Judge's signature*

City and state:   Los Angeles, CA

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

*AUSA:*  Matthew O'Brien x8644

ATTACHMENT TO COMPLAINT

Offense Description:

Beginning on an unknown date, but no later than January 22, 2020, and continuing through at least July 5, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUAFENG ZHANG, aka "Elena," and others, conspired to:

1.       Knowingly and willfully, with the intent to defraud the United States, smuggle, and clandestinely introduce, into the United States, merchandise, namely marine wildlife, including wildlife protected by the Convention on International Trade in Endangered Species of Wild Flora and Fauna ("CITES"), which should have been invoiced, in violation of Title 18, United States Code, Section 545;

2.       Fraudulently and knowingly import and bring into the United States merchandise, namely wildlife, including CITES-protected marine wildlife, contrary to laws and regulations of the United States, and receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 545; and

3.       Knowingly engage in trade in violation of CITES, by knowingly importing and bringing into the United States marine wildlife listed in Appendix II or III of CITES, without the required documentation, in violation of Title 16, United States Code, Sections 1538(c)(1) and 1540(b)(1).

**AFFIDAVIT**

I, Paul Montuori, being duly sworn, declare and state as follows:

## I.  **INTRODUCTION**

1.    I am a Special Agent ("SA") with the U.S. Fish and Wildlife Service ("USFWS") and have been so employed since October 2008.  I am currently assigned to the field office in Wilsonville, Oregon.  Prior to working as a SA with USFWS, I was employed as an SA with the United States Department of State for nine years.  During my employment with the USFWS, I have conducted and participated in investigations of violations of wildlife laws and have undergone training in the identification and investigation of wildlife crimes, including conspiracies. Specifically, I have expertise in conducting international wildlife smuggling investigations involving federally protected wildlife and plant species.  I have also received training on wildlife identification and computer forensic training.

## II. **PURPOSE OF AFFIDAVIT**

2.    I make this affidavit in support of a criminal complaint and arrest warrant against "Elena" HUAFENG ZHANG ("ZHANG") for a violation of 18 U.S.C. § 371 for conspiracy to smuggle marine wildlife into the United States and to import marine wildlife in violation of the Endangered Species Act.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient

1

probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.   ZHANG and her husband participated in a scheme to smuggle sea cucumbers, sea urchins, sea horses, and fish bladders from Mexico into the United States.  ZHANG's participation in the scheme lasted from 2020 (at the latest) through at least 2022.

5.   In sum, the scheme worked as follows:  ZHANG's husband lived in Mexico and worked at a seafood exporting business. ZHANG's husband obtained marine wildlife in Mexico, and used co-conspirators to transport the wildlife in vehicles across the border into the United States.  Nobody provided the requisite import declarations to the government.  The co-conspirators delivered the smuggled wildlife to ZHANG (who lived in the Los Angeles area) and others in Southern California.  ZHANG sold the wildlife to customers in Southern California and New York (she shipped the wildlife to New York).  ZHANG also received payments for the wildlife from her customers, and she made payments for the wildlife to her suppliers and the co-conspirators who transported the wildlife across the border.

6.    ZHANG also participated in a scheme to smuggle turtles out of the United States.  She functioned as a middleman who received the turtles in Southern California from co-conspirators, and gave the turtles to other co-conspirators who smuggled the turtles to Asia (often via Mexico).  ZHANG received payments and made payments related to the smuggled turtles.

7.    When I interviewed ZHANG about the schemes in October 2022, she made numerous false statements to me.  During a break in the interview, she took her iPhone into a bathroom and deleted WeChat messages relating to the smuggling.

## IV. <u>BACKGROUND ON THE REGULATION OF TRADE IN ENDANGERED SPECIES</u>

8.    Based on my training and experience, I know the following.

9.    The Convention on International Trade in Endangered Species of Wild Flora and Fauna ("CITES") was an international agreement among approximately 183 governments, including the United States, China, and Mexico, to protect fish, wildlife, and plants that are, or may become, threatened with extinction. CITES established import and export restrictions to protect these species from overexploitation through international trade.

10.   Under CITES, species are protected according to a classification system known as "appendices."  International trade in species listed in these appendices is monitored and regulated by permits and quotas.  The permit restrictions apply to live and dead specimens, as well as the skins, parts, and products made in whole or in part from a listed species.

11.  Wildlife and plant species listed in Appendix I of CITES are threatened with extinction.  Those listed in Appendix II of CITES include species that are not presently threatened with extinction but may become so if their trade is not regulated.  Appendix II species may be allowed in trade; however, they are strictly regulated and monitored.  To import or export an Appendix II species into or from the United States, the exporter must obtain a valid export permit issued by the specimen's country of origin, prior to importation or exportation.  Appendix III of CITES includes wildlife and plant species listed by CITES member countries as needing international trade controls to prevent unsustainable or illegal exploitation of the species.  International trade in such species is allowed only upon the presentation of the appropriate permits or certificates.

12.  In the United States, CITES is implemented through the Endangered Species Act ("ESA").  *See* 16 U.S.C. §§ 1537a, 1538(c).  The USFWS is authorized to issue, and has issued, regulations under the ESA incorporating the specific permit requirements and provisions of CITES.  16 U.S.C. § 1540(f); 50 C.F.R. Part 23.  The ESA and its implementing regulations make it unlawful for anyone to engage in trade in any specimens contrary to CITES or to possess any specimens traded contrary to CITES.  16 U.S.C. § 1538(c)(1); 50 C.F.R § 23.13(a) and (c). "International Trade" includes importation and exportation into the United States.  50 C.F.R. § 23.5.

13.   All wildlife imported into the United States must be declared to the USFWS.  A true and complete declaration Form 3-177, Declaration for Importation or Exportation of Fish or Wildlife, must be filed at or before the time of importation. 16 U.S.C. § 1538(e); 50 C.F.R. § 14.61.  Federal regulations also require that the USFWS clear all wildlife imported into the United States, and that the importer or his agent make available the wildlife being imported to the officer, as well as all required permits, licenses, or other documents.  50 C.F.R. § 14.52.  The wildlife may only be cleared at certain ports authorized in the regulations, unless specifically authorized elsewhere.  50 C.F.R. § 14.11.

14.   All wildlife exported from the United States must be declared to the USFWS.  A true and complete declaration Form 3-177, Declaration for Importation or Exportation of Fish or Wildlife, must be filed at or before the time of exportation. 50 C.F.R. § 14.63.

15.   All sea horses (*Hippocampus genus*) throughout the world are listed in CITES Appendix II.

16.   Brown sea cucumbers (*Isostichopus fuscus*) are listed in CITES Appendix III.

17.   Florida box turtles, North American wood turtles *(Glyptemys insculpta),* spotted turtles (*Clemmys guttata*), diamondback terrapins (*Malaclemys terrapin*), three-toed box turtles (*Terrapene triunguis*), eastern box turtles (*Terrapene carolina carolina*), Oaxacan mud turtles (*Kinosternon oaxacae*),

and narrow-bridge musk turtles (*Claudius angustatus*), are listed in CITES Appendix II.

### V.  STATEMENT OF PROBABLE CAUSE

#### A.  Introduction

18.  According to government visa records, ZHANG is a Chinese national who resides in Rowland Heights, California.  In 2014, ZHANG applied for and received a B1/B2 U.S. Visitor Visa at the U.S. Consulate in Tijuana, Mexico.  ZHANG told Consular Officials that she had been living in Ensenada, Mexico for eleven years.  ZHANG's visa allows her to stay in the United States for six months at time and expires on November 20, 2024.

19.  According to government visa records, ZHANG's husband is a naturalized Mexican citizen who resides in Mexico and was the owner of a seafood business in Ensenada, Mexico.  He used to travel frequently between Mexico and the United States but, according to border-crossing records, he has not entered into the United States since I interviewed ZHANG on October 25, 2022 and seized her iPhone.

#### B.  The Conspiracy To Smuggle Marine Wildlife Into the United States

20.  Based upon my review of information contained in a USFWS database, my review of government visa records, government shipping records, government border-crossing records, and other law enforcement database records, my analysis of records from Bank of America, my review of co-conspirators' communications, including WeChat digital and/or audio messages between ZHANG, her husband and other co-conspirators, interview statements made

by ZHANG, and my review of images found on ZHANG's iPhone and her iCloud account, I learned the following.

21.  ZHANG's husband has been involved in the smuggling of sea cucumbers into the United States from Mexico since at least 2015.  For example, on April 4, 2015, two co-conspirators attempted to enter the United States from Mexico at the San Ysidro border crossing in a vehicle.  The USFWS seized 4.8 pounds of undeclared sea cucumbers from the vehicle.  The vehicle was registered to ZHANG's husband.  According to USFWS database information, the two co-conspirators said that ZHANG's husband crossed with his mother on foot through the San Ysidro pedestrian entrance on the same date (border-crossing records confirmed this was accurate).  The USFWS database also indicated that (1) during the search of ZHANG's husband's vehicle, an agent searched a black bag with red trim and identified $5,000 and 7,000 Mexican pesos; (2) that money was seized by Customs and Border Protection ("CBP"); and (3) according to the same two co-conspirators, the currency and wildlife belonged to ZHANG's husband.

22.  My investigation has a revealed a pattern whereby ZHANG's co-conspirators would enter into the United States from Mexico in vehicles, and on the same day or close in time ZHANG would offer sea cucumbers, sea urchins, sea horses, or fish bladders to customers for sale.  Often the timing of the border crossings would match the timing of WeChat communications between ZHANG, her husband, and others regarding payments for the marine wildlife.  Based on this pattern and related

7

communications, it appears that the co-conspirators would transport the marine wildlife across the border and deliver it to ZHANG, who then would sell the marine wildlife. ZHANG sometimes would pay the co-conspirators who had smuggled the wildlife across the border. For example:

a.    On January 22, 2020, Co-conspirator A entered the United States from Mexico in a vehicle. The same day, ZHANG told a customer that she had fresh sea urchins from the Gulf of Mexico. I checked a USFWS database and did not locate any import declarations for sea urchins from Mexico in that timeframe.

b.    On February 22, 2020, Co-conspirators A and B entered the United States from Mexico in separate vehicles. The same day, ZHANG told a customer that she had "fat boy" sea cucumbers and fish bladders in stock. I checked a USFWS database and did not locate any import declarations from Mexico for Co-conspirator A (or Co-conspirator A's company) or Co-conspirator B (or Co-conspirator B's company) in that timeframe.

c.    On May 15, 2020, ZHANG told Co-conspirator C that a shipment of sea cucumbers and seahorses had not yet arrived from Mexico. The same day, Co-conspirator C told ZHANG, "Please ask your husband the arrival time. When you receive the seahorses from Mexico, I want to sell some of them …. The Mexicans told me that they gave the goods to your husband 2-3 weeks ago. Please ask your husband to work harder."

d.    On May 17, 2020, Co-conspirator A entered the United States from Mexico in a vehicle. The next day, ZHANG

said to Co-conspirator C, "The goods arrived last night, but no sea cucumbers this time. There are 10 bags, probably 10-20 pounds."  I checked a USFWS database and did not locate any import declarations for sea horses from Mexico in that timeframe.

e.    On May 18, 2020, ZHANG's husband sent a message to ZHANG and asked her to create a shipping label addressed to Co-conspirator A in Sinaloa, Mexico.  The same day, ZHANG's husband told her, "Get a piece of paper and marker, and put all the information on it, then pack everything in a bigger box, once [Co-conspirator B] arrives, label the box and give it to him. Put Sinaloa. Give him two hundred dollars. One hundred dollars is for him, and put the other 100 dollars inside the box."  The same day, ZHANG told her husband, "Where is [Co-conspirator B]? You said he is on his way, is it safe for him to carry large amount of money."  The same day, after Co-conspirator B entered the United States from Mexico in a vehicle, ZHANG told her husband, "I gave [Co-conspirator B] 100 dollars."

f.    On May 19, 2020, Co-conspirator B again entered the United States from Mexico in a vehicle.  The same day, ZHANG told her husband, "[Co-conspirator B] came to give me the money and left, he said he does not have the fish with him today, maybe tomorrow he will stop by again."

g.    On May 29, 2020, Co-conspirator B again entered the United States from Mexico in a vehicle.  On June 1, 2020,

ZHANG told her husband, "[Co-conspirator B] only gave me 6660+450. Put it on the book."

h.   On October 22, 2020, Co-conspirator A was caught attempting to smuggle approximately 112 dried brown sea cucumbers from Mexico into the United States, with the sea cucumbers in sealed bags and labeled in a foreign language as N95 masks.

i.   On August 8, 2021, ZHANG told one of her customers that the arrival date for the next shipment of "kidney" sea cucumbers would be August 10, 2021.  On August 10, 2021, Co-conspirator B entered the United States from Mexico in a vehicle.  The same day, ZHANG told the customer that ZHANG did not know the quantity, but the customer could pick up the sea cucumbers on the evening of August 11, 2021.  On August 11, 2021, ZHANG told customers that she had 350-400 pounds of sea cucumbers in stock.  On August 15, 2021, ZHANG accepted a payment of 50,000 yuan from a customer for undeclared sea cucumbers.  I checked a USFWS database and did not locate any import declarations from Mexico for sea cucumbers in that timeframe, including from Co-conspirator B, Co-conspirator B's company or ZHANG.

j.   On November 2, 2021, Co-conspirator B entered the United States from Mexico in a vehicle.  That same day, ZHANG told a customer that she had sea cucumbers in stock.  I checked a USFWS database and did not locate any import declarations from Mexico for sea cucumbers in that timeframe, including from Co-conspirator B, Co-conspirator B's company or ZHANG.

k.   On November 19, 2021, ZHANG's husband told her that, "The seahorse will arrive around 10 am tomorrow, also tell me the weight of the butterfly fish maws."  Based on WeChat communications between ZHANG and her husband, I know that on November 20, 2021, ZHANG and her husband caused a shipment of approximately 34.325 kilograms of undeclared seahorses, worth approximately $25,358.75, to be smuggled into the United States from Mexico.  I checked a USFWS database and did not locate any import declarations from Mexico for seahorses in that timeframe, including for the company in Mexico or ZHANG or her husband.

l.   Based on WeChat communications between ZHANG and her husband, and between ZHANG and Co-conspirator C, I know that on November 22, 2021, ZHANG and her husband, and Co-conspirator C, caused a shipment of undeclared sea urchins to be smuggled into the United States from Mexico.  I checked a USFWS database and did not locate any import declarations for ZHANG, her husband, or Co-conspirator C (or Co-conspirator C's company) for sea urchins from Mexico in that timeframe.

m.   On November 29, 2021, Co-conspirator A entered the United States from Mexico in a vehicle.  The same day, ZHANG told a customer that she had seahorses and large sea cucumbers available.  I checked a USFWS database and did not locate any import declarations for ZHANG or Co-conspirator A (or Co-conspirator A's company) for sea horses or sea cucumbers from Mexico in that timeframe.

n.   On December 7, 2021, ZHANG told a customer, "Tell her we have sea urchins coming in today, $40 per box."  The same

day, ZHANG's husband entered the United States from Mexico in a
vehicle. I checked a USFWS database and did not locate any
import declarations for ZHANG or her husband for sea urchins
from Mexico in that timeframe.

      o.  On December 11, 2021, ZHANG told a customer that
sea urchins would arrive on Tuesday or Wednesday and that
ZHANG's husband, whom ZHANG referred to as "the boss," could
deliver them to the customer in San Diego before he went to Los
Angeles. On December 13, 2021, in response to ZHANG's inquiry,
ZHANG's husband told her that Co-conspirator B was "waiting to
cross the border, and he probably arrive tomorrow." On December
14, 2021, at ZHANG's request, her husband sent ZHANG a photo of
sea urchins to advertise on WeChat. The same day, ZHANG told
two customers that the sea urchins had arrived and then ZHANG
sold them. I checked a USFWS database and did not locate any
import declarations from Mexico for Co-conspirator B, Co-
conspirator B's company, ZHANG or her husband for sea urchins in
that timeframe (I did find a declaration from Co-conspirator B's
company for brown sea cucumbers on December 13, 2021, which were
driven across the border by Co-conspirator B).

      p.  On December 16, 2021, ZHANG told a customer,
"Some goods will arrive soon. They usually ship to either
Tijuana or San Diego. Either one is very close, or you can walk
across the border." On December 17, 2021, Co-conspirator B
entered the United States from Mexico. The next day, ZHANG told
a customer she had sea cucumbers in stock. I checked a USFWS
database and did not locate any import declarations from Mexico

for Co-conspirator B, Co-conspirator B's company or ZHANG for
sea cucumbers in that timeframe.

      q.  On June 6, 2022, in response to ZHANG's inquiry,
ZHANG's husband told her that he had weighed a barrel of sea
cucumbers to see if they were profitable and they weighed 310
pounds.  On June 7, 2022, Co-conspirator E (a convicted smuggler
of sea cucumbers) entered the United States from Mexico in a
vehicle.  The same day, ZHANG told a customer that she had three
different sizes of sea cucumbers in stock.  I checked a USFWS
database and did not locate any import declarations from Mexico
for Co-conspirator E, ZHANG or her husband for sea cucumbers in
that timeframe.  (I know that ZHANG asked her husband for Co-
conspirator E's phone number in 2021.)

      r.  On June 15, 2022, Co-conspirator E entered the
United States from Mexico in a vehicle.  The same day, ZHANG
told a customer that she had three different sizes of sea
cucumbers in stock.  I checked a USFWS database and did not
locate any import declarations from Mexico for Co-conspirator E
or ZHANG for sea cucumbers in that timeframe.

      s.  On July 5, 2022, Co-conspirator E entered the
United States from Mexico in a vehicle.  The same day, ZHANG
told a customer that she had sea cucumbers in stock.  I checked
a USFWS database and did not locate any import declarations from
Mexico for Co-conspirator E or ZHANG for sea cucumbers in that
timeframe.

    23.  ZHANG's husband works with a seafood export company
based in Mexico (the "COMPANY") owned by Co-conspirator B.

Based on my review of border-crossing information, the co-conspirators' communications, and bank records, and interview statements, it appears to me that at times ZHANG's husband and the COMPANY supplied the marine wildlife that was smuggled across the border to ZHANG.  For example:

      a.   As noted above, on numerous occasions ZHANG offered marine wildlife for sale on the same day (or the day after) that Co-conspirator B entered the United States from Mexico in a vehicle.

      b.   On April 27, 2021, ZHANG's husband provided her with bank account information for the COMPANY.

      c.   On April 29, 2021, ZHANG told Co-conspirator D to wire $7,200 to the COMPANY's bank account for seahorses.

      d.   On May 5, 2021, ZHANG's husband told her, "Ok, give me the company's information so I can tell [Co-conspirator B] to issue her an invoice."

      e.   On May 6, 2021, Co-conspirator D sent $7,200 to the COMPANY's bank account.  On May 7, 2021, Co-conspirator D transferred an additional $30,600 into ZHANG's Bank of America checking account.

24.  On October 19, 2022, ZHANG shipped four boxes of sea cucumbers (that had been smuggled from Mexico by Co-conspirator B) to Co-conspirator F in New York, in exchange for $14,000.  I checked a USFWS database and did not locate any declarations for Co-conspirator B, the COMPANY or ZHANG for sea cucumbers in that timeframe (I did find a declaration for red sea urchins from the

COMPANY on October 18, 2022, which were driven across the border
by Co-conspirator B).

   **C.    The Conspiracy To Smuggle Turtles Out of the United
           States**

   25.    Based upon my review of information contained in a
USFWS database, my review of government visa records, government
shipping records, government border crossing records, and other
law enforcement database records, my analysis of records from
Bank of America and East West Bank, my review of telephone
records from T Mobile and AT&T, my review of co-conspirators'
communications, including WeChat digital and/or audio messages
involving XIAO DONG QIN ("QIN") and YUAN XIE ("XIE"), interview
statements made by XIE, and my review of images found on QIN's
mobile phone, which included images of money transfers and were
searched pursuant to a search warrant issued in the District of
Oregon, I believe that ZHANG participated in a parallel scheme
to smuggle turtles out of the United States.

   26.    ZHANG's co-conspirators in the turtle-smuggling
included the following:

           a.    QIN was a resident of China who directed and paid
co-conspirators to purchase turtles in the United States and
smuggle the turtles to China.  QIN himself smuggled turtles in
his luggage and other co-conspirators' luggage.  For his role in
the scheme, QIN pled guilty in 2019 to conspiring to smuggle
turtles from the United States (United States v. Xiao Dong Qin,
6:19-CR-00503-MC (D. Or.)).  I have interviewed QIN several
times.  He told me that he had met ZHANG in Mexico City in 2016.

15

He said that ZHANG's role in the conspiracy was to exchange
money "a lot."

        b.    XIE lived in Oregon and shipped and delivered
turtles to various co-conspirators, including ZHANG, so that the
turtles could be smuggled from the United States to Asia.  For
his role in the scheme, XIE pled guilty in 2021 to conspiring to
smuggle turtles from the United States (United States v. Yuan
Xie, 6:20-CR-00218-MC (D. Or.)).  I have interviewed XIE several
times.  XIE told me that, after several of QIN's shipments of
turtles from the United States to Asia were seized by law
enforcement, QIN started using ZHANG as a middleman for the
turtle smuggling because ZHANG had a Mexican route.  (I presume
ZHANG's Mexican route derived from her knowledge of how to
smuggle marine wildlife from Mexico into the United States.)

      27.  While the turtle-smuggling conspiracy was vast, below
I describe a few examples of ZHANG's involvement.

      28.  From August 21, 2018, through August 25, 2018, QIN
directed XIE to pick up $46,000 cash from ZHANG in the Los
Angeles area.  QIN then directed XIE to fly from Los Angeles to
Fort Myers, Florida and deliver $45,000 cash to John
KREATSOULAS, a reptile dealer in Florida who recently was
convicted of conspiracy to traffic wildlife and Lacey Act
violations (United States v. John Kreatsoulas, S.D. Fla. Case
No. 1:23-cr-20480-RAR)).  XIE told me that he picked up the
money in Los Angeles and flew to Florida on the same day.  Based
upon a text message I found on XIE's phone, on August 25, 2018,
XIE delivered $45,000 to KREATSOULAS.  According to a USFWS

16

database, on August 31, 2018, KREATSOULAS exported 350 pond slider turtles to QIN in Shanghai, China.  According to the invoice, the pond sliders were valued at $7,000 and were listed as captive bred.  USFWS database information also indicated that on October 11, 2018, KREATSOULAS exported 197 three-striped mud turtles and 75 Florida mud turtles to QIN in Shanghai, China. According to the invoice, the turtles were valued at $1,785 and were listed as captive bred.  However, the turtles appear to have been taken from the wild rather than captive-bred:  on October 12, 2018, USFWS agents in Florida inspected and photographed the turtles being exported and determined that many of the turtles appeared to be wild caught.

29.  On August 27, 2018, QIN asked XIE to pack turtles, which XIE had been receiving in Los Angeles, because the people picking up the turtles did not know how to pack them.  QIN said the turtles would be in a box for about a week.  The next day, XIE picked up a large shipment of turtles at Los Angeles International Airport from another Florida reptile dealer.  The same day, QIN asked XIE to contact ZHANG.  QIN said XIE needed to deliver the turtles by the next morning because the "Mexican" would pick them up.  QIN asked XIE to take photos of the turtles, count them and pack them.  QIN told XIE that ZHANG was the same person from whom XIE previously had picked up money. The same day, QIN transferred $5,990 to a co-conspirator in

Mexico.  Also on August 28, 2018, ZHANG asked XIE, "Will the 🐢

arrive tonight?"

30.  On August 29, 2018, XIE confirmed through WeChat that

he gave ZHANG 70 North American wood turtles, 200 spotted

turtles, 57 diamondback terrapins, 102 eastern box turtles, and

25 three toed box turtles in Los Angeles.  According to XIE,

ZHANG then delivered the box containing the 454 turtles to "some

Mexicans" who she knew so that they could transport the turtles

to Mexico.  I checked a USFWS database and did not locate any

export declarations for these species of turtles to Mexico in

this timeframe.

31.  Even though QIN and XIE were arrested and prosecuted

for their role in the conspiracy in 2019 and 2021, ZHANG's

WeChat communications with her husband indicate that ZHANG's

participation in the scheme continued through at least 2022.

> **D.   ZHANG's False Statements About the Smuggling of Marine
> Wildlife and Turtles**

32.  On October 25, 2022, I interviewed ZHANG at a park

near her home in Rowland Heights, California.  Another USFWS

agent was present and assisted with translating from Spanish to

English (ZHANG is proficient in Spanish, Mandarin, Cantonese,

Hakka (Chinese dialect), and English).  At the beginning of the

interview, I advised ZHANG that it was a crime to lie to a

federal agent.  I recorded the interview.

33.  ZHANG made several false statements to me during the

interview.  For example:

a.   When I asked ZHANG why she had received a payment of approximately $50,000 on July 15, 2020, ZHANG responded that Co-conspirator D had loaned the money to ZHANG so that ZHANG could buy a house.  That was false:  I subsequently found WeChat messages that showed that the $50,000 payment was for 19 boxes of fish bladders that ZHANG had shipped to Co-conspirator D on July 16, 2020.

b.   When I showed ZHANG photographs of fish bladders on her iPhone, ZHANG said that she did not sell fish bladders to Co-conspirator F.  In fact, ZHANG had previously sold fish bladders to Co-conspirator F.  For example, ZHANG's WeChat communications show that she sold approximately 35 pounds of fish bladders to Co-conspirator F in September 2021.

c.   When I asked ZHANG about the box of 454 turtles that she had received from XIE on August 29, 2018 (as discussed above), ZHANG said that she had not known what was inside the box.  In fact, ZHANG knew on August 29, 2018 that the box contained turtles.  For example, as noted above, on August 28, 2018, ZHANG wrote to XIE, "Will the 🐢 arrive tonight?"

d.   When I asked ZHANG why she had received a $14,000 wire transfer on October 19, 2022, she responded that Co-conspirator F had loaned the money to ZHANG so that ZHANG could buy a house.  This also appears to have been a false statement.  It appears that Co-conspirator F's $14,000 payment was for Co-conspirator F's purchase of 67 pounds of sea cucumbers from ZHANG on October 18, 2022.

e.    When I asked ZHANG if she had deleted anything from her iPhone during a break in the interview, ZHANG said that she had not deleted anything.  In fact, ZHANG had deleted WeChat communications from her iPhone during a break in the interview, as explained below.

**E.    ZHANG's Destruction of Evidence Relating to the Smuggling**

34.    During the same interview on October 25, 2022, I took a break to use a restroom at the park.  ZHANG told me that she was going to her car to get some water, and said she did not have to use the bathroom.  On the way to her car, ZHANG told me that her phone was at her house.  I knew this was false because ZHANG had used her iPhone in her car just prior to the interview.  I asked ZHANG to bring the iPhone with her for the remainder of interview.  After retrieving her iPhone from her car and walking toward the bathrooms, ZHANG told me that she now needed to use the restroom.

35.    I waited outside the restroom while ZHANG entered it with her iPhone.  The door to the restroom was propped open and I saw ZHANG's feet in the handicapped stall (ZHANG is not handicapped).  I saw that ZHANG was standing far away from the toilet and close to the stall door.  I also could see that ZHANG was the only one in the restroom.  I called her name, and she responded, but she did not move her feet.  I asked ZHANG to come out of the restroom and she responded but did not move.  I walked into the bathroom and asked ZHANG for her iPhone.  She

was standing in the same place and was holding her iPhone.  She
then gave it to me.

36.  I asked ZHANG if she had deleted anything from her
iPhone and she said no.  She said that she was trying to get a
hold of her mother-in-law but was unable to connect with her.  I
asked her again if she had deleted anything, and she again said
no.  She also denied sending any texts or WeChat messages.

37.  When we returned to the park bench, I served ZHANG
with a search warrant to search her iPhone which I had obtained
the previous day, signed by the Honorable John E. McDermott,
United States Magistrate Judge (C.D. Cal. Case No. 2:22-MJ-
04617).

38.  I suspected that ZHANG had deleted WeChat
communications from her iPhone while she was in the bathroom.
Because WeChat is a Chinese instant messaging platform, I could
not serve a search warrant on WeChat for evidence of what ZHANG
deleted.  To see if there were smuggling-related WeChat
communications missing from ZHANG's iPhone, I obtained a search
warrant for ZHANG's iCloud account, signed by the Honorable
Margo A. Rocconi, United States Magistrate Judge (C.D. Cal. Case
No. 2:23-MJ-00775).

39.  Pursuant to the warrants, I found that the following
conversations were in ZHANG's iCloud account but not in her
iPhone, suggesting that ZHANG had deleted them in the bathroom:

a.  A string of WeChat communications between ZHANG
and her husband, lasting from January 1, 2020 to September 22,
2022.  The string is lengthy:  a pdf version of it spans 2,357

pages. The string included numerous discussions of wildlife shipments to the United States from Mexico, the sales of the wildlife, and the coordination of meeting locations for ZHANG to receive or sell wildlife and to receive or drop off money.

b. A string of WeChat communications between ZHANG and Co-conspirator F, lasting from May 3, 2021 to June 7, 2022. The string involved numerous communications regarding ZHANG's sales of sea cucumbers, sea horses, and fish bladders to Co-conspirator F and Co-conspirator D in New York.

c. A string of WeChat communications between ZHANG and her brother, lasting from January 13, 2020 to September 10, 2022. The string involves messages regarding the transfers of large amounts of U.S. dollars, Chinese renminbi, and Mexican pesos between ZHANG, her brother, and her husband.

d. A brief string of WeChat communications between ZHANG and QIN, from February 16, 2021. The subject of the discussion was personal and unrelated to the conspiracy. I believe that this was the last string that ZHANG deleted before I confronted her in the bathroom because when I first looked at the iPhone after ZHANG emerged from the bathroom, QIN's WeChat profile was visible on the screen.

//

//

//

## V. CONCLUSION

40.  For all the reasons described above, there is probable cause to believe that ZHANG has committed a violation of 18 U.S.C. § 371 for conspiracy to smuggle marine wildlife into the United States and to import marine wildlife in violation of the Endangered Species Act.


/s/
_____
Paul Montuori, Special Agent
U.S. Fish and Wildlife Service


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 1st day of
October 2024.


_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

23